

| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>United States Attorney<br>KAREN A. ESCOBAR<br>Assistant U.S. Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, California 93721<br>Telephone: (559) 497-4000 | FILED<br>OCT 15 2009<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>v.<br>VERNON DALE MUSTIN,<br><br>   Defendant. | 1:09 MJ 00264 GSA<br><br>ORDER SEALING ARREST WARRANT,<br>CRIMINAL COMPLAINT, APPLICATION<br>AND ORDER<br><br>**Under Seal** |

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-captioned case, in camera under seal. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: October 14, 2009   _____
GARY AUSTIN
U.S. Magistrate Judge