1 | LAWRENCE G. BROWN
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000

FILED
OCT 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 1:09 MJ 00264 GSA |
| VERNON DALE MUSTIN, | ) APPLICATION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT |
| Defendant. | ) |

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceeding.

This motion is based on the fact that the defendant in this matter was arrested this morning in Oklahoma on the criminal complaint.

Dated: October 15, 2009

Respectfully submitted,

LAWRENCE G. BROWN
United States Attorney

By: /s/ Karen Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

It is so ordered.

DATED: 10/15/09

_____
U.S. Magistrate Judge

1